# SUPREME COURT OF PENNSYLVANIA

125 A.3d 1197–1204

| | | | |
|---|---|---|---|
| Abeln v. Eidelman .. | 10/07/2015 | 325, 326 MAL (2015) | Denied | Pa.Super., 118 A.3d 452 |
| Bin Kang v. Trustees of the University of Pennsylvania . . . . . | 10/14/2015 | 391, 393, 394 EAL (2015) | Denied | Nos. 96, 3371, 95 EDA 2015 |
| C.R., In re Interest of . . . . . . . . . . . . . . | 10/14/2015 | 352 MAL (2015) | Denied | Pa.Super., 113 A.3d 328 |
| Com. v. Adams . . . . . | 09/28/2015 | 119 EAL (2015) | Denied | Pa.Super., 120 A.3d 382 |
| Com. v. Alexander .. | 10/14/2015 | 250 EAL (2015) | Denied | Pa.Super., 121 A.3d 1122 |
| Com. v. All . . . . . . . . | 10/14/2015 | 263 EAL (2015) | Denied | Pa.Super., 121 A.3d 1140 |
| Com. v. Alvarado-Lenhart . . . . . . . . . | 10/14/2015 | 172 MAL (2015) | Denied | Pa.Super., 113 A.3d 355 |
| Com. v. Alvarez . . . . | 10/07/2015 | 257 EAL (2015) | Denied | Pa.Super., 121 A.3d 1126 |
| Com. v. Anderson .. | 11/04/2015 | 268 WAL (2015) | Denied | Pa.Super., 125 A.3d 442 |